# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
NOVA Technology Corporation ) ASBCA Nos. 57783, 57909
)
Under Contract No. N66001-05-C-8015 )

APPEARANCE FOR THE APPELLANT: Mr. Michael Campbell
President

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Stephen R. Dooley, Esq.
Senior Trial Attorney
Kathleen P. Malone, Esq.
Trial Attorney
Defense Contract Management Agency
Boston, MA

## ORDER OF DISMISSAL

The dispute which is the subject of these appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeals must be filed within 6 months of the date of this order.

Dated: 8 January 2014

DAVID W. JAMES, JR.
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 57783, 57909, Appeals of NOVA Technology Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals